**Tammy Hussin (155290)**
**WEISBERG & MEYERS, LLC**
**6455 Pyrus Pl.**
**Carlsbad, CA 92011**
**760 676 4001 ext 215**
**866 565 1327 facsimile**
thussin@AttorneysForConsumers.com

**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Marilyn Vang** | ) Case No. 2:08-cv-02633-MCE-KJM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **Creditors Interchange Receivable Management, LLC** | ) |
| **Defendant.** | ) |

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

The Clerk is directed to close the file.

DATED: July 24, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1

PDF created with pdfFactory trial version www.pdffactory.com